Willard ROBBINS *v.* STATE of Arkansas

697 S.W.2d 118

Supreme Court of Arkansas
Opinion delivered October 14, 1985

*Neil V. Pennick*, for petitioner.

*Steve Clark*, Att'y Gen., by: *Theodore Holder*, Asst. Att'y Gen., for respondent.

PER CURIAM. Petitioner, Willard Robbins, by his attorney, Neil V. Pennick, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to his miscalculation of the seven-month maximum limit for filing the record in this Court. *See* Rule 5, Ark. R. App. P., Ark. Stat. Ann., Vol. 3A (Repl. 1979).

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE, J., not participating.